UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH ZLOZA,

              Plaintiff,

    v.

BRANDON SOMETHING, et al.

              Defendants.

CASE NO. 3:23-CV-05532-JLR

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

    Plaintiff's Application to Proceed *In Forma Pauperis* and Written Consent for Payment of Costs ("Application") has been referred to the undersigned. The Court finds that Plaintiff does not appear to have funds available to afford the $402 filing fee. The Application indicates Plaintiff has $7,000 in his checking account. Dkt. 4 at 2. However, he is unemployed as January 2023 and only received $13,000 over the past twelve months. *Id*. at 1. Additionally, his expenses are $600 per month. *Id*. at 1-2. Regardless of the $7,000 in Plaintiff's checking account, the other information in the Application indicates Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application (Dkt. 5) is GRANTED.

However, based on the allegations in the proposed complaint, it does not appear Plaintiff has adequately stated a claim. As such, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the District Judge assigned to this case.

Dated this 30th day of June, 2023.

David W. Christel
Chief United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2